JEREMY D. WARREN
State Bar No. 177900
Warren & Burstein
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ROLLINS,<br><br>Defendant. | Case No.: 20cr2874-WQH<br><br>Defendant's sentencing summary chart<br><br>December 13, 2021 |
| --- | --- |

Attached is defendant Daniel Rollins; sentencing summary chart.

Respectfully submitted,

Dated: December 6, 2021

s/ *Jeremy Warren*
Jeremy Warren

Guideline manual used:  November 1, 2018     Agree with Probation: <u>yes</u>

Base offense level:                                   26

Number of firearms:                               +2

Stolen firearm:                                       +2

Acceptance of responsibility:                   -3

Departures/variances:

      Combination of factors:                     -2

Total Offense Level:                               25

Criminal History Category:                     VI

Guideline Range:                                    110-120 months

<u>Recommendation</u>:     60-months for the reasons discussed in the defense sentencing memorandum.