PROB 12B
(08/16)

January 20, 2026
pacts id: 7112473

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision and Transfer of Jurisdiction
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Daniel Hale Rollins (English)                    **Dkt. No.:** 20CR02874-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, Senior U.S. District Judge

**Sentence:** 70 months' custody; 3 years' supervised release *(Special Conditions:   Refer to .Judgment and Commitment Order.)*

**Date of Sentence:** December 13, 2021

**Date Supervised Release Commenced:** August 8, 2025

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS, AND TRANSFER JURISDICTION TO THE DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA:

As directed by the Probation Officer, the offender shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The offender shall provide payment and proof of payment as directed by the Probation Officer. If the offender has no ability to pay, no payment shall be required.

The offender shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

PROB 12B

Name of Offender: Daniel Hale Rollins

Docket No.: 20CR02874-001-WQH

January 20, 2026

Page2

## CAUSE

Mr. Rollins has been supervised by the Central District of California since his tenn of supervised release commenced. Recently, our office received correspondence from the supervising probation officer detailing the following: On October 29, 2025, and November 18, 2025, Mr. Rollins submitted a urine sample that screened positive for amphetamines and fentanyl. When confronted on, Mr. Rollins admitted to using illegal substances due to struggling with transitioning from custody to the community.

To his credit, he enrolled into mental health treatment on his own, began attending Narcotics Anonymous meetings, and began meeting with a past sponsor. The probation officer respectfully recommends the Court modify his conditions as indicated above. Mr. Rollins agrees with the modification, as evidenced by his signature on the Waiver of Hearing form.

Furthermore, the Central District of California is requesting a transfer of jurisdiction of this case to allow any further concerns to be addressed efficiently by the district wherein Mr. Rollins is supervised. Our office concurs with the agreement in order to preserve judicial resources. If the Court is inclined to proceed with the transfer of jurisdiction, the Probation Form 22 is included for signature, in Part 1, Order Transferring Jurisdiction.

Resoectfullv submitted:

Reviewed and approved:

**by: .**

_____

Irving Medina

US Probation Support Technician

(760) 554-2280

_____

Crystal Tignor

Supervisory U.S. Probation Officer

Attachments:

## THE COURT ORDERS:

/, H E  MODIFICATION OF CONDITIONS AS NOTED ABOVE AND UPON APPROVAL OF
-- TRANSFER OF JURISDICTION (PROB 22) FROM THE CENTRAL DISTRICT OF CALIFORNIA, JURISDICTION TO BE TRANSFERRED.

_____ OTHER _____

_____

The Honorable William Q. Hayes

Senior U.S. District Judge

1/26/2026

Date