| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>3/2/2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ KM _____ DEPUTY | 20CR02874-001-WQH |
| | | DOCKET NUMBER (Rec. Court)<br>**2:26-cr-00107-JFW** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Rollins, Daniel<br>Central District of California | DISTRICT<br><br>Southern California | DIVISION<br><br>San Diego |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>William Q. Hayes<br>Senior U.S. District Judge | |
| | DATES OF<br><br>supervised release | FROM<br><br>8/8/2025 | TO<br><br>8/7/2028 |

OFFENSE

18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm, a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Rollins has no significant ties to the Southern District of California and expects to remain in the Central District of California for the remainder of supervised release. The probation office in the Central District of California has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

---

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date 2/10/2026

William Q. Hayes
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 2, 2026

Effective Date

United States District Judge